**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7839

REGINALD MOFFETT,

Petitioner - Appellant,

versus

SCOTT DODRILL, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-01-655-5-BR)

Submitted:  March 14, 2002          Decided:  March 22, 2002

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald Moffett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Moffett appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Moffett v. Dodrill</u>, No. CA-01-655-5-BR (E.D.N.C. filed Sept. 7, 2001 & entered Sept. 11, 2001; filed Sept. 27, 2001 & entered Sept. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2